JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LE,<br><br>  Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>  Defendant. | Case No.: ~~4:24-CV-00132-KAW~~<br>2:24-cv-00372-RGK-AJRx<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC   [24] |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Jefferson Capital Systems, LLC and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendant. Each party to bear their own fees and costs.

**IT IS ORDERED.**

Dated: 6/18/2024

_____
Honorable R. Gary Klausner
United States District Judge